## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON



### NOTICE OF ORDER ON MOTION

Cause number:      01-13-00036-CV

Style:      In the Interest of R.N.W.

Date motion filed[*]:    February 22, 2013

Type of motion:    Motion to extend time for filing brief on appeal

Party filing motion:    Appellant

Document to be filed:

If motion to extend time:

    Deadline to file document:

    Number of previous extensions granted:

    Length of extension sought:

Ordered that motion is:

Appellant's motion to extend time to file the brief is DISMISSED as moot. Because the record is not complete in this appeal, the brief is not yet due.

Appellant is presumed indigent. The Harris County District Clerk is ORDERED to file the complete clerk's record in this appeal **within 5 days of the date of this order**. No extensions will be granted. *See* TEX. R. APP. P. 35.3(c).

Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012). For this reason, appellant's attorney is informed that the brief will be due 20 days after the clerk's record is filed, and no extensions of time to file the brief will be granted absent extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Judge's signature: /s/ Rebeca Huddle

    ☑ Acting individually    ☐ Acting for the Court

    Panel consists of _____.

Date: February 27, 2013